# United States District Court

_____ CENTRAL _____ DISTRICT OF _____ ILLINOIS _____

UNITED STATES OF AMERICA
V.

**CRIMINAL COMPLAINT**

WILLIAM L. PROCTOR,
3800 West Vinton
Peoria, IL
DOB 8/6/83

CASE NUMBER 07- 3034-M

FILED
JUN 14 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, Christopher G. Pyle, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about June 13, 2007, in Springfield, Sangamon County, in the Central District of Illinois,

**WILLIAM L. PROCTOR,**
defendant

did commit the offense of attempted aggravated bank robbery, in that he entered the Marine Bank on Cook Street in Springfield, Illinois, and assaulted and put in jeopardy the life of bank employees by the use of a dangerous weapon while attempting to take by the use of force, violence and intimidation from the person or presence of bank employees money belonging to or in the care, custody or control of the Marine Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18 United States Code, Section 2113 (a) and (d).

I further state that I am a Special Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

see attached Affidavit

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

s/ Christopher G. Pyle
Signature of Complainant

Sworn to before me and subscribed in my presence,

June 13, 2007         9:20 AM              at  Springfield, Illinois
Date                                          City and State

Honorable Byron G. Cudmore            s/ Byron G. Cudmore
United States Magistrate Judge
Name & Title of Judicial Officer           Signature of Judicial Officer

STATE OF ILLINOIS      )
                       ) ss
COUNTY OF SANGAMON )

## AFFIDAVIT

I, Christopher G. Pyle,, being duly sworn upon oath, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation and have been so employed since September 2002.

2. In my employment, I am assigned to investigate alleged violations related to the robbery of federally insured banks and have been personally involved in the investigation of more than 10 such robberies.

3. This affidavit is made in support of a criminal complaint against William L. Proctor for the offense of attempted aggravated bank robbery. The information contained in this Affidavit is based upon my personal knowledge and information provided to me by other persons including law enforcement agents. The affidavit does not contain all of the information known to me concerning this offense but does contain sufficient information to allow the magistrate to find probable cause.

4. Based upon information provided to me, at approximately 12:20 p.m. on June 13, 2007, William L. Proctor entered the Marine Bank on Cook Street, in Springfield, Illinois, and ordered the bank employees and customers in the bank to freeze or words to that effect. At the time he had a loaded .38 Special snub-nose revolver that was visible and which he pointed at various people including bank employees.

5. Based upon information provided to me, at the time an off-duty Springfield police officer was in the bank and began to draw his weapon. Upon observing this, William L. Proctor ran from the bank and was apprehended shortly thereafter.

6. William L. Proctor was later taken to the Springfield Police Department where he was questioned by me and Springfield Police Department Detective April R. Smiddy. Prior to questioning he was advised of his Constitutional rights and he signed a written waiver of such rights.

7. During the questioning of William L. Proctor, he admitted that he had attempted to rob the Marine Bank using a firearm that he indicated was operational.

Further Your Affiant Sayeth Not.

s/ Christopher G. Pyle

Christopher G. Pyle
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
on this 14th day of June, 2007.    9:20AM

s/ Byron G. Cudmore

BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE