# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | ) ) ) | WARRANT FOR ARREST |
| vs | ) ) ) | |
| WILLM L. PROCTOR,<br>Defendant | ) ) ) | CASE NO. 07-3034-m |

TO:    THE U. S. MARSHAL and any
       AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest William L. Proctor, and bring him or her forthwith to the nearest magistrate judge to answer a Complaint charging him or her with attempted aggravated bank robbery in violation of Title 18, United States Code, Section(s) 2113(a) & (d).

---

**Honorable Byron G. Cudmore**
Name of Judicial Officer

*[Signature]*
Signature of Judicial Officer

**U.S. Magistrate Judge**
Title of Judicial Officer

6/14/07  9:20AM  SpfI L I l
Date and Location

Bail fixed at $ _No Bail_ by _Byron G. Cudmore_.

### RETURN
This warrant was received and executed with the arrest of the above named defendant at _Springfield_

| Date Received 06/14/07 | Name of Arresting Officer Chris Pyle | Signature of Arresting Officer *[Signature]* |
|---|---|---|
| Date of Arrest 06/13/07 | Title of Arresting Officer  FBI | |

arrest warrant