IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
JUN 2 2 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Criminal No. 07-300 72 |
| v. | ) Violation: 18 U.S.C. §2113(a) & (d) |
| | ) 18 U.S. C.§924(c) |
| WILLIAM L. PROCTOR, | ) |
| | ) |
| Defendant. | ) |

## INFORMATION

### COUNT ONE
**Aggravated Bank Robbery**
**18 U.S.C. §2113(a) and (d)**

On June 13, 2007 at Springfield, Illinois, in Sangamon County, within the Central District of Illinois, the defendant,

WILLIAM L. PROCTOR,

assaulted another person by the use of a firearm while using force, violence and intimidation to attempt to take from the person or presence of another money belonging to or in the care, custody, control or possession of the Marine Bank, a financial institution the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18 U.S.C. §2113(a) and (d)

### COUNT TWO
**Carrying and Using a Firearm**
**During a Crime of Violence**
**18 U.S.C. §924(c)**

On June 13, 2007 at Springfield, Illinois, in Sangamon County, within the Central

District of Illinois, the defendant,

WILLIAM L. PROCTOR,

knowingly brandished, used and carried a firearm during and in relation to the aggravated bank robbery of the Marine Bank, that being a crime of violence for which the defendant may be prosecuted in a court of the United States.

All in violation of Title 18 U.S.C. §924(c).


*Patrick J Chesley for*
RODGER A. HEATON
UNITED STATES ATTORNEY