AO 455 (Rev. 5/85 Waiver of Indictment)

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

FILED
JUN 27 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

v.

WILLIAM L. PROCTOR,

**WAIVER OF INDICTMENT**

CASE NUMBER: 07-30072

I, William L. Proctor, the above named defendant, who is accused of:

Aggravated Bank Robbery, 18 U.S.C. § 2113(a) and (d) and
Carrying and Using a Firearm During a Crime of Violence, 18 U.S.C. § 924(c)

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on June 27, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
William L. Proctor, Defendant

s/ Douglas Beevers
_____
Douglas Beevers, Counsel for Defendant

Before s/ Byron G. Cudmore
_____
Judicial Officer